JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 705 -- In re Plastic Bag Production Patent and Antitrust Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/08/14 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBITS A-E, CERT. OF SVC. -- Defendant Gloucester Engineering Co., Inc. -- SUGGESTED TRANSFEREE DISTRICT; District of Massachusetts -- (TMQ) |
| 86/08/18 | 2 | JOINDER (Windmoeller & Hoelscher Corp) -- pldg. #1 -- w/cert. of svc. (tmq) |
| 86/08/25 |   | APPEARANCES: Thomas G. Slater, Jr. for WINDMOELLER & HOELSCHER CORP.; William A. McCormack for GLOUCESTER ENGINEERING CO., INC.; Raymond P. Niro for FMC CORP.; (tmq) |
| 86/08/26 | 3 | EXTENSION OF TIME TO AND INCLUDING September 9, 1986 for FMC Corp., -- RESPONSE GRANTED. (tmq) |
| 86/09/09 | 4 | RESPONSE, EXHIBITS A-G AND 1-4 (to pldg. #1) -- plaintiff FMC Corporation -- w/cert. of svc. (tmq) |
| 86/09/17 | 5 | REQUEST FOR EXTENSION -- Gloucester Engineering Co., -- Extension Granted to Gloucester Engineering Co., for filing reply to and including September 26, 1986. Notified involved counsel. (tmq) |
| 86/09/25 |   | AMENDED CERT. OF SERVICE -- Gloucester Engineering Co., Inc. effecting service on M. Lehmacher & Sohn GmbH Maschinenfabrik, Reifenhauser GmbH and Co., and Stiegler GmbH Maschinenfabrik -- w/cert. of service -- attached to pleading #1. (tmq) |
| 86/09/26 | 6 | RESPONSE (to pldg. #1) -- "Gloucester" -- w/exhibits and cert. of svc. (tmq) |
| 86/09/29 | 7 | SUPPLEMENTAL MEMORANDUM (TO PLDG. NO. 1) -- FMC Corporation -- w/cert. of Svc. (paa) |
| 86/10/01 | 8 | APPEARANCE: Thomas G. Slater, Jr., Esq. for WINDOMELLER & HOELSCHER MASCHINENFABRIK. (tmq) |
| 86/10/02 |   | APPEARANCE: Deborah H. Bornstein, Esq. for REIFENHAUSER GMBH & CO., STIEGLER GMBH MASCHINENFABRIK. (tmq) |
| 86/10/02 | 9 | RESPONSE (to pldg. #1) -- "Reifenhauser" and "Stiegler" -- w/cert. of svc. (tmq) |
| 86/10/14 | 10 | JOINDER IN MOTION (re pldg. #1) -- defendant SMS Schloemann-Siemag AG -- w/cert. of service (cds0 |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 705 -- In re Plastic Bag Production Patent and Antitrust Lit.

| Date | No. | Pleading Description |
|---|---|---|
| 86/10/17 | | HEARING ORDER -- Setting motion to transfer for Panel hearing in Louisville, Kentucky on November 20, 1986 (cds) |
| 86/11/10 | 11 | JOINDER IN MOTION (re pldg. #1) -- deft. M. Lehmacher & Sohn GmbH Maschinenfabrik -- w/cert. of service (cds) |
| 86/11/19 | | APPEARANCES FOR HEARING -- Louisville, Kentucky on November 20, 1986 -- William A. McCormack, Esq., for Gloucester Engineering Co., Inc., Battenfeld of America Holding, Co., Inc. & SMS Schloemann-Siemag AG.; Thomas G. Slater, Jr., Esq. for Widmoeller & Hoelscher Corp. & Windmoeller & Hoelscher Maschinenfabrik; Deborah H. Bornstein, Esq. for Ribenhauser GmbH & Co., Maschinenfabrik & Striegler and GmbH Maschinenfabrik; Eleanor D. Acheson, Esq., for M. Lemacher & Sohn GmbH Maschinenfabrik; Joseph N. Hosteny, Esq., for FMC Corporation. (paa) |
| 86/12/02 | | CONSENT OF TRANSFEREE DISTRICT -- for assignment of litigation to D. Massachusetts (cds) |
| 86/12/02 | 12 | TRANSFER ORDER -- transferring A-1 to the District of Massachusetts for assignment to the Honorable Douglas P. Woodlock -- NOTIFIED INVOLVED JUDGES, CLERKS, COUNSEL AND MISC. RECIPIENTS (cds) |
| 87/07/14 | | ORDER REASSIGNING LITIGATION TO THE HONORABLE A. DAVID MAZZONE -- Notified involved counsel, clerk and judge. (tmq) |
| 87/07/14 | 13 | ORDER OF RECUSAL FROM D. MASSACHUSETTS W/COPY OF DOCKET SHEET, MDL-705 LITIGATION, SEE ENTRIES 116 THRU 133. (tmq) |

JPML Form 1

Revised: 8/78

DOCKET NO. 705 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Plastic Bag Production Patent and Antitrust Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 11/20/86 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 12/2/86 reassigned 7/14/87 | TO | Unpublished | D. Massachusetts | ~~Douglas P. Woodlock~~ A. David Mazzone | |

### Special Transferee Information

Helen M. Costello
Deputy Clerk
223-9175

Debra Perates
223-9175

DATE CLOSED: 10/31/88

12-2-86
10-31-88

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 705 -- IN RE PLASTIC BAG PRODUCTION PATENT AND ANTITRUST LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | FMC Corp., v. Gloucester Engineering Co., Inc. et al. | Ill., N. Marshall | 86-C-3697 | 12/2/86 | 81-133 MA | 10/31/88 | |
| A-2 | FMC Corp., v. Gloucester Engineering, Co., Inc. et al. | Mass. Woodlock | 85-3664-WD MA | | | 10/31/88 | 1404 back to Ill., N |

July 1989 - Litigation Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 705 -- In re Plastic Bag Production Patent and Antitrust Litigation

---

FMC CORPORATION (A-1 & A-2)
Raymond P. Niro, Esquire
Niro, Scavone, Haller & Niro, Ltd.
200 W. Madison Plaza, Suite 3500
Chicago, Illinois 60606

WINDMOELLER & HOELSCHER CORP.
WINDMOELLER & HOELSCHER MASCHINEFABRIK
Thomas G. Slater, Jr., Esquire
Hunton & Williams
707 East Main Street
Richmond, Virginia 23219

GLOUCESTER ENGINEERING CO., INC.
William A. McCormack, Esquire
Bingham, Dana & Gould
100 Federal Street
Boston, Massachusetts 02110

M. LEHMACHER & SOHN GmbH MASCHINENFABRIK
Richard P. Ward, Esquire
Ropes & Gray
225 Franklin Street
Boston, Massachusetts 02110

Brian W. Bulger, Esquire (No App. Rec'd)
John B. Lashbrook, Esquire
Pope, Ballard, Shepard
  & Fowle, Ltd.
69 West Washington Street
Chicago, Illinois 60602-3069

REIFENHAUSER GmbH & CO. MASCHINENFABRIK
STIEGLER GmbH MASCHINENFABRIK

Deborah H. Bornstein, Esq.
GARDNER, CARTON & DOUGLAS
One First National Plaza
Chicago, Illinois 60603-2085

JPML FORM 3

p. _1_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 705 -- IN RE PLASTIC BAG PRODUCTION PATENT AND ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| GLOUCESTER ENGINEERING CO., INC.  ✓ | A-1, A-2, |
| BATTENFELD OF AMERICA HOLDING CO. | A-2, |
|  |  |
| SMS SCHLOEMANN-SIEMAG AG <br> Not Served | A-1, A-2, |
| M. LEHMACHER & SOHN GmbH MASCHINENFABRIK <br> Not Served | A-1, |
| REIFENHAUSER GmbH & Co. MASCHINENFABRIK <br> Not Served | A-1, |
| STIEGLER GmbH MASCHINENFABRIK <br> Not served | A-1, |
| WINDMOELLER & HOELSCHER MASCHINENFABRIK <br> Not Served. | A-1, |
| WINDMOELLER & HOELSCHER CORP.  ✓ | A-1, |
|  |  |
|  |  |